# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

JOHN KOEHLER,

    Appellant,

    v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.

    Appellees

_____

No. 24-9000

CAPITAL CASE

_____

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY
_____

Appellant, John Koehler, through undersigned counsel, respectfully requests that this Court grant him an extension of time in which to file an application for certificate of appealability (COA). In support thereof, Mr. Koehler shows the following:

1.    This is a capital habeas corpus proceeding. The District Court denied Mr. Koehler's request for relief from his convictions and death sentence. The District Court also denied a COA. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2015 WL 2344932 (M.D. Pa. May 14, 2015).

2. On June 11, 2015, Mr. Koehler filed a timely motion to alter or amend the judgment under Rule 59(e). On April 1, 2024, the District Court denied the motion. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2024 WL 1388911, (M.D. Pa. Apr. 1, 2024)

3. On April 30, 2024, Mr. Koehler filed a timely notice of appeal from the District Court's denial of relief.

4. On May 22, 2024, the Clerk of Court sent a letter to counsel advising that an application for COA was due within twenty-one days of the letter, i.e., by June 12, 2024.

5. An Application for Certificate of Appealability in this Court is complex, and requires significant briefing of the claims involved. In order to file a professionally appropriate application for COA, counsel will have to spend considerable time briefing the issues.

6. Appellant's COA application is currently due October 11, 2024. However, undersigned counsel has obligations to numerous death sentenced prisoners that makes compliance with that deadline difficult. Undersigned counsel has a King's Bench pleading due with the Pennsylvania Supreme Court on October 7, 2024 (*Commonwealth v. Lavar Brown*, Petition of: Family Members of Murder victims Michael Richardson and Robert Crawford, 32 EM 2023); ongoing obligations to complete the presentation of evidence in hearings on several post-

conviction petitions with court dates in mid and late October respectively (*Commonwealth v. Kevin Dowling*, CP-67-CR-0005365-1997; *Commonwealth v. Hector Morales*, CP-67-0007259-2009); and has a Memorandum of Law in support of a habeas petition due in October 2024 (*Wholaver v. Wetzel, et al*, 1:11-cv-00164).

7. Under these circumstances, undersigned counsel cannot file a professionally appropriate application for COA by the current due date of October 11.

8. Counsel for the Commonwealth, Gregory J. Simatic, Esquire, has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Koehler respectfully requests that this Court extend the time for filing an application to expand the certificate of appealability by sixty (60) days, i.e., until December 10, 2024.

                                                Respectfully submitted,

                                                /s/ Tracy Ulstad
                                                TRACY L. ULSTAD
                                                Federal Community Defender Office
                                                 for the Eastern District of Pennsylvania
                                                Capital Habeas Unit
                                                601 Walnut Street, Suite 545 West
                                                Philadelphia, PA 19106
                                                (215) 928-0520
                                                tracy_ulstad@fd.org
Dated: October 4, 2024                    Counsel for Petitioner

## CERTIFICATE OF SERVICE

I, Tracy Ulstad, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on October 4, 2024, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through Electronic Case Filing on:

Gregory J. Simatic
Deputy Attorney General
Pennsylvania Office of Attorney General
Criminal Law Division, Appeals Section
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222

/s/ Tracy Ulstad
Tracy Ulstad
Assistant Federal Defender