# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JOHN KOEHLER, | |
| Appellant, | |
| v. | No. 24-9000 |
| | CAPITAL CASE |
| SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al. | |
| Appellees. | |

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

Appellant, John Koehler, through undersigned counsel, respectfully requests that this Court grant him an extension of time in which to file an application for certificate of appealability (COA). In support thereof, Mr. Koehler shows the following:

1. This is a capital habeas corpus proceeding. The District Court denied Mr. Koehler's request for relief from his convictions and death sentence. The District Court also denied a COA. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2015 WL 2344932 (M.D. Pa. May 14, 2015).

2. On June 11, 2015, Mr. Koehler filed a timely motion to alter or amend the judgment under Rule 59(e). On April 1, 2024, the District Court denied the motion. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2024 WL 1388911, (M.D. Pa. Apr. 1, 2024)

3. On April 30, 2024, Mr. Koehler filed a timely notice of appeal from the District Court's denial of relief.

4. On May 22, 2024, the Clerk of Court sent a letter to counsel advising that an application for COA was due within twenty-one days of the letter, i.e., by June 12, 2024. Counsel thereafter sought and was granted extensions of that deadline to December 10, 2024.

5. Counsel has completed a draft of Appellant's application for COA, but has not yet been able to review this draft with Appellant, who is currently housed at SCI Somerset. Counsel had scheduled a legal visit with Appellant to review the draft application this week, but the visit had to be cancelled due to a winter storm warning issued for Clearfield, Cambria, and Somerset Counties.

6. Under these circumstances, counsel cannot fulfill their professional and ethical obligations to adequately communicate with their client about this complex pleading before the current due date of December 10.

7. In light of limited prison availability to accommodate legal visits, counsel's present obligations on other cases and to other clients, and the upcoming

holidays, counsel requires an additional thirty (30) days to ensure the opportunity to meet and consult with Mr. Koehler regarding his application for COA before it is filed with this Court.

8.   Counsel for the Commonwealth, Gregory J. Simatic, Esquire, has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Koehler respectfully requests that this Court extend the time for filing an application to expand the certificate of appealability by thirty (30) days, i.e., until January 9, 2025.

                              Respectfully submitted,

                              /s/ Tracy Ulstad
                              TRACY L. ULSTAD
                              Federal Community Defender Office
                                for the Eastern District of Pennsylvania
                              Capital Habeas Unit
                              601 Walnut Street, Suite 545 West
                              Philadelphia, PA 19106
                              (215) 928-0520
                              tracy_ulstad@fd.org

Dated: December 5, 2024              *Counsel for Appellant, John Koehler*

## CERTIFICATE OF SERVICE

I, Tracy Ulstad, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on December 5, 2024, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through Electronic Case Filing on:

Gregory J. Simatic
Deputy Attorney General
Pennsylvania Office of Attorney General
Criminal Law Division, Appeals Section
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222

/s/ Tracy Ulstad
Tracy Ulstad
Assistant Federal Defender