IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-9000

_____

JOHN KOEHLER,

Appellant

v.

LAUREL HARRY, Secretary,
Pennsylvania Department of Corrections, et al.,

Appellees

Gregory J. Simatic
Deputy Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
(412) 565-2748

Attorney for the Appellees

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| JOHN KOEHLER,<br>　　　Appellant<br><br>　　　v.<br>LAUREL HARRY, Secretary,<br>Pennsylvania Department of<br>Corrections, et al.,<br>　　　Appellees | No. 24-9000 |

## MOTION FOR PERMISSION TO FILE RESPONSE TO APPLICATION FOR CERTIFICATE OF APPEALABILITY NUNC PRO TUNC

AND NOW come the Appellees, the Secretary of the Pennsylvania Department of Corrections, the Superintendent of the State Correctional Institution at Greene and the Superintendent of the State Correctional Institution at Rockview, by and through Deputy Attorney General Gregory J. Simatic, and respectfully file this Motion for permission to file a response to Appellant's application for certificate of appealability *nunc pro tunc*. In support thereof, counsel states:

1. The District Court originally announced its decision denying Appellant's petition for writ of habeas corpus on May 14, 2015. That decision denied both Koehler's petition for writ

of habeas corpus as to all of his claims and also denied a certificate of appealability.

2. Further proceedings in federal court were delayed while Appellant pursued claims in state court that were based on alleged newly-discovered evidence. At the conclusion of the state court litigation of those claims, Appellant filed a motion for reconsideration under Fed.R.Civ.P. 59(e) that was denied on April 1, 2024. The District Court again denied a certificate of appealability.

3. Appellant requested, and this Court granted, several unopposed motions for extension of time to file an application for certificate of appealability.

4. That application was filed on January 8, 2025.

5. Due to an oversight by undersigned counsel, Appellees did not file a response to the application for certificate of appealability within the allotted timeframe after it was filed.

6. Appellees believe that they can draft and file a response to the application for certificate of appealability by February 28, 2025 and that such a response can assist this Court in

properly assessing whether or not a certificate of appealability should be granted.

7. Appellant's counsel, Tracy Ulstad, Esquire, of the Federal Community Defender Office for the Eastern District of Pennsylvania has informed the undersigned via telephone conversation that she has no objection to this request.

WHEREFORE, for the foregoing reasons, Counsel for the Appellees respectfully requests that this Honorable Court permit the filing of a response *nunc pro tunc* to Appellant's application for certificate of appealability on or before February 28, 2025.

Respectfully submitted,

/s/ Gregory J. Simatic
Deputy Attorney General
Attorney I.D No. 201019

Attorney for Appellees

# **CERTIFICATE OF SERVICE**

I hereby certify that the following is a filing user and will be served electronically by the Notice of Docketing Activity:

Tracy Ulstad, Esq.
Assistant Federal Defender
Federal Community Defender Office
For the Eastern District of Pennsylvania
Curtis Building, Suite 545 West
601 Walnut Street
Philadelphia, PA 19106

/s/ Gregory J. Simatic
Deputy Attorney General

Dated: February 14, 2025