# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

JOHN KOEHLER,

    Appellant,

    v.

LAUREL HARRY, Secretary,
Pennsylvania Department of Corrections, et al

    Appellees

_____

No. 24-9000

CAPITAL CASE

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY IN SUPPORT OF APPLICATION FOR CERTIFICATE OF APPEALABILITY**
_____

    Appellant, John Koehler, through undersigned counsel, respectfully requests that this Court grant him a two week extension of time in which to file his reply in support of application for certificate of appealability (COA). In support thereof, Mr. Koehler shows the following:

    1.    This is a capital habeas corpus proceeding. The District Court denied Mr. Koehler's request for relief from his convictions and death sentence. The District Court also denied a COA. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2015 WL 2344932 (M.D. Pa. May 14, 2015).

2. On June 11, 2015, Mr. Koehler filed a timely motion to alter or amend the judgment under Rule 59(e). On April 1, 2024, the District Court denied the motion. *Koehler v. Wetzel*, No. 3-12-cv-00291, 2024 WL 1388911, (M.D. Pa. Apr. 1, 2024).

3. On April 30, 2024, Mr. Koehler filed a timely notice of appeal from the District Court's denial of relief.

4. Mr. Koehler filed his application for a certificate of appealability (COA) on January 8, 2025.

5. The Commonwealth did not file a timely response to the application, but later filed an unopposed motion seeking leave to file a response *nunc pro tunc*. The Commonwealth filed its response to Mr. Koehler's COA application on February 28, 2025.

6. Under Third Circuit Local Rule 22.l(a), Mr. Koehler is required to file his reply within 10 days of service of the response, i.e., by March 10, 2025.

7. The record in this case is lengthy and the issues are complex. In addition, undersigned counsel has been preoccupied with obligations in other capital cases, including assisting in preparation for oral argument in a matter taken up by the Pennsylvania Supreme Court pursuant to their King's Bench jurisdiction (*Commonwealth v. Brown, L., Pet. of Fam. Members*, 32 EM 2023) and conducting

a multiple day evidentiary hearing in the York County Court of Common Pleas (*Commonwealth v. Morales*, CP-67-0007259-2009).

8.  Given these other pressing obligations, undersigned counsel will not be able to file a professionally appropriate reply in support of Mr. Koehler's application for COA by the current deadline of March 10.

9.  Counsel for the Commonwealth, Gregory J. Simatic, Esquire, has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Koehler respectfully requests that this Court extend the time for filing an application to expand the reply in support of certificate of appealability by two weeks, i.e., until March 24, 2025.

Respectfully submitted,

/s/ Tracy Ulstad
TRACY L. ULSTAD
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
tracy_ulstad@fd.org
Counsel for Petitioner

Dated: March 7, 2025

## CERTIFICATE OF SERVICE

I, Tracy Ulstad, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on March 7, 2025, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through Electronic Case Filing on:

Gregory J. Simatic
Deputy Attorney General
Pennsylvania Office of Attorney General
Criminal Law Division, Appeals Section
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222

/s/ Tracy Ulstad
Tracy Ulstad
Assistant Federal Defender